IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL KEITH
Reg. #30911-018                                                                        PETITIONER

v.                          Case No. 2:10-cv-113-DPM

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                 RESPONDENT

ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition — to which Michael Keith objected, *Document No. 11*. Having completed its *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Deere's recommendation, *Document No. 9*, and dismisses Keith's petition for a writ of habeas corpus with prejudice, *Document No. 2*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 Nov. 2010